COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SOCORRO MORENO, | § | No. 08-09-00144-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 327th District Court |
| MARIA CASTILLO, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC#2008-1949) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's Motion to Dismiss Restricted Appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant represents to the Court that all matters in controversy in the underlying lawsuit have been settled and dismissal will not prevent any party from seeking relief to which it would otherwise be entitled. Appellant's motion complies with the requirements of Rule 42.1(a)(1). We have considered the cause on the motion and conclude that the motion should be granted. We dismiss the appeal. Costs are taxed against the Appellant. *See* TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

July 22, 2009

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating